Page No: 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 22-31198 | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | MINAGREX CORPORATION | | Date Filed (f) or Converted (c): | 07/06/2022 (f) |
| For the Period Ending: | 06/30/2023 | | §341(a) Meeting Date: | 08/10/2022 |
| | | | Claims Bar Date: | 02/08/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Chase account | $900.00 | $900.00 | | $900.00 | FA |
| 2 | Bank of America- overdrawn | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Comerica Account | $2,500.00 | $2,500.00 | | $2,500.00 | FA |
| 4 | Accounts receivable 180,000.00- 0.00 | $180,000.00 | $30,100.00 | | $0.00 | FA |
| 5 | infinity QX 60 2016 $0.00 | $20,000.00 | $20,000.00 | | $12,000.00 | FA |
| 6 | Ford F-150 2014 $0.00 | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 7 | 2 Forklift (leased) $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 8 | f-150 ford 2016 $0.00 | $40,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2018 Ford 750 and 2005 Ford 750    (u) | $0.00 | $11,908.99 | | $50,000.00 | FA |
| 10 | 2017 Ford F150    (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $263,400.00 | $110,408.99 | | $90,400.00 | $0.00 |

**Major Activities affecting case closing:**

| 07/11/2023 | The estate's tax returns are being prepared, and the estate's professionals will file their final fee applications upon completion. |
| 06/26/2023 | Filed application to employ accountant to prepare estate tax returns and awaiting counsel's fee application. |

| Initial Projected Date Of Final Report (TFR): | 12/31/2023 | Current Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ AREYA HOLDER AURZADA |
| | | | | AREYA HOLDER AURZADA |